■ CLEONICE CAIAZZA, Appellant, v JERRY MEROLA, Respondent. [935 NYS2d 8]—

In this action for equitable distribution of property following a partial foreign judgment of divorce, plaintiff now seeks equitable distribution of certain property which was not specifically addressed in the Italian judgment of divorce. However, the record did not support plaintiff's contention that her claims could not have been raised during the Italian proceedings, and the instant action was properly dismissed as barred by res judicata (*see O'Connell v Corcoran*, 1 NY3d 179, 185 [2003]; *De Ganay v De Ganay*, 269 AD2d 157 [2000]).

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Mazzarelli, J.P., Andrias, Renwick, Freedman and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC HARDING, Appellant. [934 NYS2d 159]—

Defendant's pro se ineffective assistance of counsel claims are unreviewable on direct appeal because they primarily involve matters outside the record. On the existing record, to the extent it permits review, we find that defendant received effective assistance under the state and federal standards (*see People v Ford*, 86 NY2d 397, 404 [1995]; *see also Strickland v Washington*, 466 US 668 [1984]). Defendant's other pro se claims are without merit.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Andrias, Renwick, Freedman and Manzanet-Daniels, JJ.